UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 16 CR 227 |
| | ) | Honorable Charles R. Norgle |
| HENRY MEYER , | ) | |
| Defendant. | ) | |
| | ) | |

**Motion to Withdraw as Attorney and for Appointment of Counsel**

Now Comes Henry Meyer, by and through his attorney, Damon M. Cheronis, and requests his current attorney be allowed leave to withdraw.

In support thereof, he states as follows:

1. Attorney Cheronis was asked by the Federal Defender Panel to represent Mr. Meyer.

2. Mr. Meyer has indicated that he has retained private counsel and that he wishes private counsel to appear in this matter.

3. Attorney Cheronis has confirmed that attorney Tania Dimitrovia will be appearing for Mr. Meyer on August 5, 2016.

4. Mr. Cheronis requests leave to withdraw his appearance so that retained counsel my file her appearance.

Wherefore, Meyer requests that this court allow his attorney leave to withdraw and allow Attorney Dimitrovia to file her appearance.

Respectfully submitted,

s/ Damon M. Cheronis

Damon M. Cheronis
53 W. Jackson, Suite 1750
Chicago, Illinois 60604
312-663-4644

### CERTIFICATE OF SERVICE

I, Damon M. Cheronis, an attorney, hereby certify that on August 5, 2016, I filed a copy of the foregoing with the Northern District of Illinois, Eastern Division, via the CM/ECF electronic filing service which directs service to all parties of record.

/s/ Damon M. Cheronis
Damon M. Cheronis